UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GOEBEL & COMPANY FURNITURE, LLC, et al., ) ) ) Plaintiffs, ) ) vs. ) ) CINCINNATI INSURANCE COMPANY, ) ) ) ) Defendant. ) | Case No. 4:22 CV 36 CDP |

## **MEMORANDUM AND ORDER**

Having fully considered the parties' arguments and the law, the Court concludes that the issue of settlement discussions, including mediation efforts, is inadmissible under Rule 408, Federal Rules of Evidence, and under Rule 403, F.R.E., as the potential of unfair prejudice and confusion outweighs the probative value of any evidence of settlement discussions. Plaintiff and his counsel may not mention or inquire about settlement discussions in any way at any stage of the case. This order does not affect the parties' ability to present evidence of the payments to plaintiff already made by defendant, which have been stipulated and will be presented to the jury by agreement. ECF 104. Plaintiff's counsel must make sure that all witnesses understand this ruling. The order is without prejudice to plaintiff's counsel's right to re-raise the issue outside the presence of the jury,

but if counsel does so he must be prepared to describe exactly what evidence he believes should be admitted.

Accordingly,

**IT IS HEREBY ORDERED** that paragraph 4 of defendant's motion in limine (ECF 119) is granted and evidence of settlement discussions, including mediation, may not be introduced at trial.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2025.