UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GOEBEL & COMPANY FURNITURE, LLC and WITHERS HOLDINGS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:22-CV-00036-CDP |
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs Goebel & Company, LLC and Withers Holdings, LLC are awarded damages in the amount of $110,800.00 against defendant The Cincinnati Insurance Company.

August 25, 2025
Date

*Nathan M. Graves*       /
Clerk of Court

By:   /s/ Kayla Zenon            /
KAYLA ZENON
Deputy Clerk